## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY ANTHONY CADET,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE OWNERS OR BERKS COUNTY JAIL, *et al.*<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 16-03806 |

## ORDER

**AND NOW**, this 16th day of February, 2017, upon consideration of Defendants' motion to dismiss (ECF No. 18), the motion is **GRANTED** and Cadet's claim is **DISMISSED with prejudice**. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.